| | | |
|---|---|---|
| **LOUIS V. HOSE AND JULIE H. HOSE** | * | **NO. 2024-CA-0493** |
| | * | **COURT OF APPEAL** |
| **VERSUS** | | |
| | * | **FOURTH CIRCUIT** |
| **JAMES SCOTT O'CONNELL AND WHITNEY ELIZABETH O'CONNELL** | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

* * * * * * *

*TGC*

**CHASE, J., CONCURS IN THE RESULT**